| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Chagares, Michael A | 2. Court or Organization Third Circuit | 3. Date of Report 1/25/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge-Nominee | 5. ReportType (check appropriate type) ● Nomination. Date 1/25/2006 ○ Initial ○ Annual ○ Final | 6. Reporting Period 1/1/2005 to 12/31/2005 |
| 7. Chambers or Office Address Cole, Schotz, et al. 25 Main Street Hackensack, NJ 07602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner (Member) | Cole, Schotz, Meisel, Forman & Leonard |
| 2. | Adjunct Professor | Seton Hall University School of Law |
| 3. | Trustee | Association of the Federal Bar of the State of New Jersey |
| 4. | Editorial Board Member | New Jersey Lawyer Newspaper |
| 5. | Director | The Historical Society of the U.S. District Court for the District of New Jersey |
| 6. | Trustee (& President) | Wyckoff Public Library |
| 7. | Trustee (& President) | West Bergen Mental Healthcare (until 6/2004) |
| 8. | Trustee (&Vice President) | Torpedoes Soccer Club |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2006 | Cole , Schotz, Meisel, Forman & Leonard, P.A. | $10,000 |
| 2. | 2005 | Cole, Schotz, Meisel, Forman & Leonard, P.A. | $230,252.16 |
| 3. | 2005 | Seton Hall University School of Law | $2,000 |
| 4. | 2004 | Cole, Schotz, Meisel, Forman & Leonard, P.A. | $51,832.48 |
| 5. | 2004 | Seton Hall University School of Law | $2,000 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | Exempt |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions )

☐ NONE - (No such reportable gifts )

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | Exempt | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions )

☐ NONE - (No such reportable gifts )

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | Exempt | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chagares, Michael A | 1/25/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp 34-57 of filing instructions )

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type  (e g<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type  (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1  (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Fidelity Cash Reserves | A | Dividend | K | T | Exempt | | | | |
| 2.  Commerce Bank (checking acct.) | A | Interest | K | T | | | | | |
| 3.  Dreyfus Money Market | A | Dividend | K | T | | | | | |
| 4.  Fidelity IRA | | None | J | T | | | | | |
| 5.  Fidelity Cash Reserves | A | Dividend | K | T | | | | | |
| 6.  Washington Mutual (escrow Acct.) | A | Interest | J | T | | | | | |
| 7.  Exxon Mobil Stock | A | Dividend | K | T | | | | | |
| 8.  Thrift Savings | C | Dividend | M | T | | | | | |
| 9  William Penn Life Ins | A | Interest | J | T | | | | | |
| 10.  American General Life Ins. | A | Interest | J | T | | | | | |
| 11.  Smith Barney (brokerage acct) | A | Interest | K | T | | | | | |
| 12. | | | | | | | | | |

| 1. Income/Gain Codes: | A  = $1.000 or less | B  = $1,001-$2,500 | C  = $2,501-$5,000 | D  = $5,001-$15,000 | E  = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B3 and D4) | F  = $50,001-$100,000 | G  = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes. | J  = $15,000 or less | K  = $15,001-$50,000 | L  = $50,001-$100,000 | M  = $100,001-$250,000 | |
| (See Columns C1 and D3) | N  = $250,000-$500,000 | O  = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3  = $25,000,001-$50,000,000 | | P4  = $More than $50,000,000 | | |
| 3. Value Method Codes | Q  = Appraisal | R  = Cost (Real Estate Only) | S  = Assessment | T  = Cash/Market | |
| (See Column C2) | U  = Book Value | V  = Other | W  = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Chagares, Michael A | 1/25/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Chagares, Michael A | 1/25/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date  1/25/06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

· Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 32 | 448 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 19 | 337 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
|   Due from relatives and friends | | | | Unpaid income tax | | | |
|   Due from others | | | | Other unpaid income and interest | | | |
|   Doubtful | | | | Real estate mortgages payable-add schedule | | 186 | 893 |
| Real estate owned-add schedule | | 780 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 61 | 975 | | | | |
| Cash value-life insurance | | 14 | 141 | | | | |
| Other assets itemize: | | | | | | | |
| TSP Contributions | | 98 | 574 | | | | |
| Fidelity Cash Reserves Acct. | | 37 | 213 | | | | |
| Dreyfus Money Market Acct. | | 38 | 574 | Total liabilities | | 186 | 893 |
| 3 Other Assets -- see schedule | | 31 | 278 | Net Worth | | 926 | 647 |
| Total Assets | 1 | 113 | 540 | Total liabilities and net worth | 1 | 113 | 540 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |